**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ __2nd__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: **Edgar Hernandez** | JOINT DEBTOR: **Elsie Hernandez** | CASE NO.: **13-39729-AJC** |
| Last Four Digits of SS# **xxx-xx-4076** | Last Four Digits of SS# **xxx-xx-8606** | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **524.93** for months **1** to **24** ;
- B. $ **729.36** for months **25** to **34** ;
- C. $ **671.03** for months **35** to **60** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,525.00**   TOTAL PAID $ **3,000.00**
Balance Due  $ **525.00** payable $ **52.50** /month (Months **25** to **34** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Laguna Club Condo, Inc.**   Arrearage on Petition Date $ **22,714.45**

   Address: **c/o KATZMAN, GARFINKEL & BERGER; 5297 W COPANS ROAD; Pompano Beach, FL 33063**
   Account No: **xx. xx-xxxx-CC-23**   Account No: **xxxx**

   Arrears Payment  $ **352.59** /month (Months **1** to **24**)
   Arrears Payment  $ **395.91** /month (Months **25** to **60** )
   Regular Payment  $ **162.98** /month (Months **1** to **24** )
   Regular Payment  $ **183.01** /month (Months **25** to **60** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**   Total Due $ _____
Payable $ _____ /month (Months __ to __ )  Regular Payment $ _____

Unsecured Creditors: Pay $ **25.00** /month (Months **25** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

**Special Intentions:**
**Caf/Carmax Auto Finance: Debtor will pay claim directly.**
**City Ntl Bk/Ocwen Loan Service: Debtor will pay claim directly/**

The Debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor(s) hereby acknowledges that each year the case is pending the debtor(s) shall provide the trustee with their filed tax returns at the same time as the tax returns are filed with the Internal Revenue Service or other taxing agency and shall provide the trustee with verification of their disposable income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Edgar Hernandez | /s/ Elsie Hernandez |
|---|---|
| **Edgar Hernandez** | **Elsie Hernandez** |
| Debtor | Joint Debtor |
| Date:  **December 21, 2015** | Date:  **December 21, 2015** |

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                                                                                           Best Case Bankruptcy